# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GARY LYNN WILLIAMS,**
**ADC #73892**                                                                               **PLAINTIFF**

**V.**                                          **4:07CV01030-WRW-BD**

**CHARLES WELLS,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (docket entry # 14)

from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After

careful review of the Partial Recommended Disposition, as well as a *de novo* review of

the record, the Court concludes that the Partial Recommended Disposition should be, and

hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the motion to dismiss (#10) filed by the

Jacksonville Police Department.  All claims against the Jacksonville Police Department

are DISMISSED with prejudice.

The Court also DISMISSES with prejudice all claims against the Jacksonville City

Jail and Pulaski County Regional Detention Facility, and DISMISSES without prejudice

Plaintiff's deliberate indifference claim.

IT IS SO ORDERED 20th day of December, 2007.


                                                   /s /Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE