**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GARY LYNN WILLIAMS,
ADC #73892**                                                                                             **PLAINTIFF**

V.                                   CASE NO.: 4:07CV01030 WRW/BD

**CHARLES WELLS,** *et al.*                                                                **DEFENDANTS**

**ORDER**

Pending is Separate Defendant Charles Wells's Motion to Dismiss and Alternative Motion to Compel (docket entry #29). In the motion, Defendant Wells states that Plaintiff has failed to respond to interrogatories and failed to comply with Local Rule 5.5 of the Rules of the United States District Court for the Eastern District of Arkansas.

It appears the Arkansas Department of Correction paroled Plaintiff on June 2, 2008 (docket entry #27) and Plaintiff has failed to apprise the Court and the opposing party of his current address. The Court previously notified Plaintiff of his responsibilities under Local Rule 5.5(c)(2) (docket entry #6). Local Rule 5.5(c)(2) requires any party not represented by counsel to notify the Clerk and the other parties promptly of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently. Further, if any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Plaintiff must respond to Defendant's Motion to Dismiss and Alternative Motion to Compel (docket entry #29) within thirty days of the entry of this Order. Failure to

respond may hinder Defendant's efforts to conduct meaningful discovery.  Accordingly, Plaintiff is warned that failure to timely comply with this Order may result in the dismissal of this case without prejudice.

    IT IS SO ORDERED this 28th day of July, 2008.

                                        /s/ Billy Roy Wilson
                                  UNITED STATES MAGISTRATE JUDGE