# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GARY LYNN WILLIAMS**                                                                                    **PLAINTIFF**
**ADC # 73892**

**V.**                            **CASE NO. 4:07CV01030-WRW-BD**

**CHARLES WELLS**, *et al.*                                                                                 **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion to dismiss (#29) filed by Defendant Wells is GRANTED and Plaintiff's Amended Complaint (#5) is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order (#33) of July 28, 2008.

IT IS SO ORDERED, this 16th day of September, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE