# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GARY LYNN WILLIAMS**                                                                                    **PLAINTIFF**
**ADC # 73892**

**V.**                               **CASE NO. 4:07CV01030-WRW-BD**

**CHARLES WELLS**, *et al.*                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 16th day of September, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE